ORDER:
Motion granted.

*E. Clifton Knowles*
U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| KATE MAWDSLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:13-CV-00462 |
| | ) | |
| KIRKLAND'S, INC., | ) | Judge Campbell |
| | ) | |
| Defendant. | ) | Magistrate Judge Knowles |

## MOTION TO APPEAR AT PRETRIAL CONFERENCE TELEPHONICALLY

The Pretrial Conference in this matter is scheduled before Magistrate Judge Knowles on July 15, 2013, at 10:00am in Courtroom 661 of the U.S. District Courthouse in Nashville, Tennessee. The lead trial counsel for Defendant Kirkland's, Inc. ("Kirkland's"), is located in New York. Accordingly, pursuant to LR 7.01, Kirkland's respectfully requests that lead trial counsel Grace L. Pan and Daniel P. Hope be allowed to appear by telephone for the initial case-management conference. Local counsel for Kirkland's will be present at the conference and local counsel will work with counsel for Plaintiff so that Plaintiff may submit an initial case-management order in advance of the conference.

WHEREFORE, Kirkland's requests that Grace L. Pan and Daniel P. Hope be allowed to appear by telephone for the initial case-management conference.